422 A.2d 702

Commonwealth v. Richardson, Appellant.

Submitted

March 22, 1979. Roy Davis, Assistant Public Defender, Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.